UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VIENS, | No. CV 15-8593 FFM |
| Petitioner, | |
| v. | JUDGMENT |
| STUART SHERMAN, | |
| Respondent. | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 31, 2017

/S/FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge